UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY N. THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>REY HASSAN, et al.,<br><br>    Defendants. | Case No. 21-cv-03028-EMC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO TIMELY FILE AMENDED COMPLAINT**<br><br>Docket No. 4 |

## I. INTRODUCTION

Plaintiff Tracey N. Thompson ("Plaintiff"), proceeding *pro se*, filed this action on April 21, 2021 and filed an application to proceed *in forma pauperis* ("IFP"). The Court granted Plaintiff's application to proceed IFP but found that the complaint failed to state a claim upon which relief could be granted pursuant to 28 U.S.C. § 1915(e). Docket No. 4 at 1-3. The Court also found it lacked subject matter jurisdiction because complete diversity was lacking, and Plaintiff did not state a claim under federal law. *Id.* at 2.

The Court dismissed Plaintiff's complaint but provided her with leave to amend to clearly allege facts sufficient to state a claim under federal law. *Id.* at 4. The Court offered Plaintiff the opportunity to file an amended complaint by June 14, 2021. *Id.* The Court informed Plaintiff that failure to timely file an amended complaint would result in a recommendation that the case be dismissed. *Id.* The Court advised Plaintiff of resources available to pro se litigants to seek assistance in handling her case. *Id.*

///

///

## II. DISCUSSION

The Court's deadline for Plaintiff to file an amended complaint expired on June 14, 2021. Since that date, Plaintiff filed a letter requesting that the case be dismissed, Docket No. 17, another letter requesting that the case not be dismissed, Docket No. 18, and a motion seeking discovery. Docket No. 19. As the Court explained, however, Plaintiff's original complaint was dismissed and Plaintiff's case may not proceed unless she files an amended complaint that clearly alleges facts sufficient to state a claim over which the court has subject matter jurisdiction. *See* Docket No. 4.

As of the present date, Plaintiff has not filed an amended complaint. Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** why the case should not be dismissed for failure to timely file an amended complaint in compliance with the Court's order granting her leave to amend. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) ("District courts have the inherent power to control their dockets and, '[i]n the exercise of that power they may impose sanctions including, where appropriate, . . . dismissal of a case.'") (quoting *Thompson v. Housing Auth.,* 782 F.2d 829, 831 (9th Cir. 1986).

## III. CONCLUSION

For the reasons discussed above, Plaintiff is ordered to show cause why the case should not be dismissed for failure to timely file an amended complaint in compliance with the court's order granting her leave to amend by June 14, 2021. Plaintiff must respond to this order to show cause by filing an amended complaint no later than **October 1, 2021**.

Any amended complaint, if filed, must include the caption and civil case number used in this order (21-cv-03028-EMC) and the words FIRST AMENDED COMPLAINT on the first page. Because an amended complaint completely replaces the previous complaint, any amended complaint may not incorporate claims or allegations of Plaintiff's original complaint by reference, but instead must allege all of the facts necessary to state the claims Plaintiff wishes to present, include all of the defendants she wishes to sue, and must be supported by good faith. *See* Docket No. 4 at 2-3; *Ferdik*, 963 F.2d at 1262; Fed. R. Civ. P. 11. The complaint must be a plain and concise statement of the claims. Fed. R. Civ. P. 8(a).

1   Plaintiff, who is not represented by counsel, is encouraged to contact the Federal Pro Bono
2 Project's Pro Se Help Desk for assistance as she continues to pursue this case. Lawyers at the
3 Help Desk can provide basic assistance to parties representing themselves but cannot provide legal
4 representation. Although in-person appointments are not currently available due to the COVID-19
5 public health emergency, Plaintiff may contact the Help Desk at (415) 782-8982 or
6 FedPro@sfbar.org to schedule a telephonic appointment.

**IT IS SO ORDERED**.

Dated: September 17, 2021

_____
EDWARD M. CHEN
United States District Judge