1   Your name: Tracey N. Thompson  - Pro Se
2   Address: 1136 Jonagold Way
3   Brentwood, CA 94513
4   Phone Number: 925 595-0559
5   E-mail Address: none
6   Pro se Plaintiff

FILED
SEP 23 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☒ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

| TRACEY N. THOMPSON | ) | Case Number: 21-cv-03028-EMC |
| | ) | |
| | ) | NOTICE OF VOLUNTARY DISMISSAL OF |
| Plaintiff, | ) | [check one] |
| vs. | ) | ☒ THIS ENTIRE CASE |
| REY HASSAN, et al., | ) | ☐ ONLY DEFENDANT [name] |
| | ) | |
| | ) | |
| Defendant. | ) | Hon. EDWARD M. CHEN |
| | ) | |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☒ this entire case.

☐ only Defendant [name] _____

Such dismissal shall be with~~out~~ prejudice, with each side to bear its own costs and fees.

Date: September 20, 2021   Sign Name: /s/ Tracy T

Print Name: Tracey N. Thompson

**Justice & Diversity**
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1. **Case Name:** Tracey N. Thompson  v.  Rey Hassan, et al.

2. **Case Number:** 21-cv-03028-ECM

3. **What documents were served?**

   **Notice of Voluntary Dismissal**

4. **How was the document served?** *[check one]*

   ☑ Placed in U.S. Mail

   ☐ Hand-delivered

   ☐ Sent for delivery (e.g., FedEx, UPS)

   ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   Rey Hassan                          Civil Window - Filing
   1801 Bush Street, Suite 213         United States District Court
   San Francisco, CA 94109             450 Golden Gate
                                        San Francisco, CA 94102

6. **When were the documents sent?** September 2, 2021

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: /s/ Tracey Thompson

   Name: Tracey N. Thompson

   Address: 1136 Jonagold Way

   Brentwood, CA 94513

   Dated: September 23, 2021

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Edward M. Chen]